IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORID
TALLAHASSEE DIVISION

SCOTT A. STANLEY,

    Petitioner,

v.                                                         CASE NO.: 4:09CV164-SPM/MD

SECRETARY KENNETH S. TUCKER,

    Respondent.
_____/

### ORDER ON MOTION FOR CLARIFICATION

THIS CAUSE comes before the Court for consideration of Petitioner's Motion for Clarification Regarding Conflicting Decisions of this Court. Doc. 30. Petitioner's motion is based on the failure to comprehend the difference between seeking leave to file a supplemental pro se brief on appeal and being entitled to file a supplemental pro se brief as a matter of right.

The Court noted that in this case, Petitioner did not pursue a direct appeal. He made no attempt to raise the claims in Grounds 1 and 3A on appeal either through appointed counsel or by seeking leave to raise them in a supplemental pro se brief. Based on the foregoing, it is

ORDERED AND ADJUDGED: Petitioner's motion for clarification (doc. 30)

is granted as explained in this order.

DONE AND ORDERED this 19th day of September 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:09CV164-SPM/MD